

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/06/2021

| | | |
|---|---|---|
| IN RE: § | | |
| SANCHEZ ENERGY CORPORATION, *et al*, § § § | CASE NO: 19-34508 | |
| Debtors. § § | CHAPTER 11 | |
| OCCIDENTAL PETROLEUM CORP., *et al*, § Plaintiffs, § § | | |
| VS. § § | ADVERSARY NO. 20-3198 | |
| SANCHEZ ENERGY CORPORATION, *et al*, § § § Defendants. § | | |

## ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS

For the reasons set forth in the Court's Memorandum Opinion issued on this date, the Court orders:

- Defendants' rejections of the Springfield OGA, Springfield GGA, and Development Agreement are approved.

- Plaintiffs retain the real property rights conveyed to them by the Springfield OGA and Springfield GGA.

- The Development Agreement does not contain covenants running with the land.

SIGNED 05/06/2021

_____
Marvin Isgur
United States Bankruptcy Judge

-